GARNER MAHAFFEY AND WIFE, BARBARA T. MAHAFFEY v. FORSYTH COUNTY: JAMES N. ZIGLAR, JR., RICHARD V. LINVILLE, FORREST E. CONRAD, WAYNE G. WILLARD, AND JOHN S. HOLLEMAN, JR., MEMBERS OF THE BOARD OF COMMISSIONERS OF FORSYTH COUNTY; BEREAN BAPTIST CHURCH: HAROLD GIBSON, TIM MYERS, EARL EATON, BILL KIZER AND JIM TALBERT, TRUSTEES OF BEREAN BAPTIST CHURCH; AND CLADIE GRAY DENNY

No. 443A90

(Filed 7 March 1991)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 99 N.C. App. 676, 394 S.E.2d 203 (1990). Heard in the Supreme Court 13 February 1991.

*Wolfe and Collins, P.A., by A. L. Collins and John G. Wolfe, III, for plaintiff-appellees.*

*Thomas M. King for Berean Baptist Church, the Trustees of Berean Baptist Church, and Cladie Gray Denny, defendant-appellants; Womble, Carlyle, Sandridge & Rice, by Anthony H. Brett and Dale E. Nimmo, for Forsyth County and the Forsyth County Commissioners, defendant-appellants.*

PER CURIAM.

Affirmed.